Gregory M. Constantino, (6853 UT)
Constantino Law Office, P.C.
8537 South Redwood Road, Suite D
West Jordan, UT 84088
(801) 748-4747 or (877) 318-4747
FAX: (801) 748-4713
greg@constantinolaw.com

Attorney for Defendants JOHONSON MARK LLC and Sean Umipig

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Ivan Torres,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNSON MARK LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A. and Sean Umipig,<br><br>    Defendants. | **MOTION FOR SANCTIONS ALLOWED BY FED. R. CIV. P. 37(b)(2)(A)(v) AND MOTION TO DISMISS**<br><br>Case No.: 2:22-cv-00316<br><br>Magistrate Judge Dustin B. Pead |

Defendant JOHNSON MARK LLC, and Sean Umipig, by through counsel of

record, and pursuant to *Rules 16(f)(1) of the Federal Rules of Civil Procedure*, and local

rule *83-1.4(e)(5)*, hereby requests sanctions against Plaintiff Ivan Torres as allowed by

*Rule 37(b)(2)(A)(ii)-(vii), of the Federal Rules of Civil Procedure*.  Specifically,

Defendant JOHNSON MARK LLC and Sean Umipig are requesting that the above-

1

entitled action be dismissed as a result of Plaintiff Ivan Torres' failure comply with the Order Granting Amended Motion to Withdraw as Counsel, entered on July 22, 2022.

## **BRIEF SET OF FACTS**

1.    Plaintiff filed a Complaint against Defendants JOHNSON MARK LLC and Sean Umipig on May 10, 2022. *(See Dkt. No. 2, Complaint, filed May 10, 2022).*

2.    On June 30, 2022, Eric Stephenson filed an Amended Motion to Withdraw as Counsel and Memorandum in support Filed by Plaintiff Ivan Torres.  *(See Dkt. No. 20, Amended Motion to Withdraw as Counsel and Memorandum in Support, filed June 30, 2022).*

3.    The Amended Motion described Plaintiff's contact information as:

> Ivan Torres
> 1445 South 300 West, D315
> Salt Lake City, Utah 84115
> (801) 739-0295                                    *(Id.)*

4.    On July 1, 2022, Defendants JOHNSON MARK LLC and Sean Umipig filed an Answer to the complaint.  *(See Dkt. No. 21, Answer, filed July 1, 2022).*

5.    On July 22, 022, the Court entered an Order Granting Amended Motion to Withdraw as Counsel.  *(See Dkt. No. 21, Answer, filed July 1, 2022).*  The order required the following:

> "With regard to Mr. Torres' continued representation: Mr. Torres, or new counsel for Mr. Torres, must file a Notice of Appearance within twenty-one (21) days after the entry of this order." *(See Dkt. No. 29, Order Granting Motion to Withdraw as Counsel, filed July 22, 2022)*

6. The Court's order gave Plaintiff warning of the sanctions this Court may impose if Plaintiff did not comply with the July 22nd Order. *(See Dkt. No. 29, Order Granting Motion to Withdraw as Counsel, filed July 22, 2022)* Specifically, the Order stated:

> "A party who fails to file a Notice of Substitution of Counsel or Notice of Appearance as set forth above may be subject to sanction pursuant to Rule 16(f)(1) of the Federal Rules of Civil Procedure, including but not limited to dismissal of the case or default judgment." *(Id.)*

7. Plaintiff Ivan Torres has not complied with the Court's order entered on July 22, 2022, in that Plaintiff has not filed a Notice of Appearance. *(See Dkt.)*

8. The 21-day period has expired, and Defendant has failed to comply with the Court's explicit order.

## **ARGUMENT**

*Federal Rule of Civil Procedure 16(f)(1)* provides, in relevant part, that a court may sanction a party in the event it "fails to obey a . . . pretrial order." *FED. R. CIV. P. 16(f)(1)(C)*. On July 22, 2022, this Court explicitly ordered Plaintiff to file a "Notice of Appearance" within twenty-one (21) days. *See Exhibit A*. The Order further states that Plaintiff may be subject to "sanction" if he fails to file a "Notice of Appearance," including, but not limited to, "dismissal of the case." *Id.* This is also required by *DUCivR83-1.4(e)(5)*, which provides: "An unrepresented party who fails to appear within 21 days after entry of the order, or within the time otherwise required by the court,

3

may be subject to sanction pursuant to *Federal Rule of Civil Procedure 16(f)(1)*, including but not limited to dismissal or default judgment." *DUCivR83-1.4(e)(5).* Plaintiff failed to comply with this command. Accordingly, Plaintiff requests that this Court dismiss this case for Plaintiff's for failure to comply with Order Granting Amended Motion to Withdraw as Counsel, entered on July 22, 2022.  *See Exhibit A.*

## CONCLUSION

The Court should sanction Plaintiff as allowed in *FED. R. CIV. P. 37(b)(2)(A)(v)* and should dismiss the above-entitled case in whole with prejudice.

DATED this 22nd day of September 2022.

/s/ Gregory M. Constantino
Gregory M. Constantino

CERTIFICATE OF DELIVERY

I, the undersigned, hereby certify that, pursuant to *Rule 5(b) of the Fed. R. of Civ. Proc.*, that on September 22, 2022, a true and accurate copy of the foregoing MOTION FOR SANCTIONS ALLOWED BY FED. R. CIV. P. 37(b)(2)(A)(v) AND MOTION TO DISMISS was delivered by the ECF system to the following:

Beth J. Ranschau
RAY QUINNEY & NEBEKER PC
36 S STATE ST STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
(801)323-3332
Email: branschau@rqn.com

George W. Burbidge , II
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
SALT LAKE CITY, UT 84111
(801) 323-5000
Email: george.burbidge@chrisjen.com


And by mail, postage pre-paid, to:

Ivan Torres
1445 South 300 West, D315
Salt Lake City, Utah 84115


/s/  Gregory M. Constantino

5