IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IVAN TORRES,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>JOHNSON MARK LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A. and Sean Umipig,<br><br>　　　　　　　　Defendant. | REPORT AND RECOMMENDATION<br><br>Case No. 2:22-cv-00316 JNP DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

　　　　This matter was filed on May 10, 2022.[1] On July 22, 2022, the court entered an order granting Plaintiff's Counsel's Amended Motion to Withdraw as Counsel. (ECF No. 29.) The court ordered that Plaintiff, or new counsel for Plaintiff, "must file a Notice of Appearance within twenty-one (21) days after the entry of this order." *Id.* at p. 1. The court warned Plaintiff that a failure to file a "Notice of Substitution of Counsel or Notice of Appearance as [ordered] may be subject to sanction pursuant to Rule 16(f)(1) of the Federal Rules of Civil Procedure, including but not limited to dismissal of the case or default judgment." *Id.* at p. 1-2. To date Plaintiff has not complied with that order.

　　　　On September 22, 2022, Defendants JOHNSON MARK LLC, and Sean Umipig, moved the court for sanctions allowed by Federal Rule 37(b)(2) and sought for dismissal of this matter based on Plaintiff's failure to comply with the same order. (ECF No. 33.) Plaintiff has yet to file any response to Defendants' motion.

---

[1] The case was referred to the undersigned from District Judge Jill Parrish on August 23, 2022, pursuant to 28 U.S.C. § 636(b)(1)(B).

Receiving no response from Plaintiff, the court entered an Order to Show Cause on November 21, 2022, ordering Plaintiff to within 15 days from the date of that order to "inform the court of the status of the case and intentions to proceed." (ECF No. 34 p. 1.) The court once again warned Plaintiff that a failure to respond will result in dismissal of the case. No response has been filed.

Accordingly, the undersigned recommends that this action be dismissed without prejudice for failure to prosecute.

Copies of this Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 15 December 2022.

_____
Dustin B. Pead
United States Magistrate Judge