## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **IVAN TORRES,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:22-cv-00316-JNP-DBP** |
| **CAPITAL ONE BANK (USA), N.A., JOHNSON MARK LLC, TRANS UNION, LLC, and SEAN UMIPIG,** | **District Judge Jill N. Parrish** |
| | **Magistrate Judge Dustin B. Pead** |
| **Defendants.** | |

   **IT IS ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED** without prejudice.

   DATED March 1, 2023.

                           BY THE COURT:

                           _____
                           Jill N. Parrish
                           United States District Court Judge